MABEL L. SHAW et al., Doing Business as SHAW'S GENERAL STORE, Respondents, v. HOME MUTUAL FIRE INSURANCE COMPANY et al., Appellants.— Judgment affirmed, with costs. All concur, except Vaughan, J. P., who dissents and votes for reversal and for granting a new trial on the ground that the jury failed

to find the value of the loss to the damaged property. (Appeal from a judgment of Onondaga Trial Term for plaintiffs in an action under a fire insurance policy.) Present — Vaughan, J. P., Piper, Wheeler and Van Duser, JJ.